#60455

FILED

2009 DEC 14 PM 1: 14

CLERK ... COURT
NORTHERN DISTRICT OF OHIO

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**
**CANTON, OHIO**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.   07-63609 |
| | ) | |
| HOLZSCHUH, GLADYS | ) | CHAPTER 7 |
| | ) | |
| | ) | JUDGE KENDIG |
| DEBTOR | ) | |
| | ) | |

### TRANSMITTAL OF FUNDS PER RULE 3010

The Chapter 7 Trustee, Anne Piero Silagy, reports the following:

1.  The Report of Distribution in the above-captioned case was approved. Pursuant to Rule 3010, those dividends in amounts less than five (5) dollars shall not be distributed by the Trustee to the unsecured creditors. The Trustee shall, instead, pay such dividends directly to the Court.

2.  Accordingly, the Trustee's:

Check No. 106, in the amount $3.75 for Claim No. 04, Capital Recovery One representing the total of the dividend less than five (5) dollars in connection with the above-captioned case, is submitted with this report.

FILED

2009 DEC 14 PM 1: 14

Respectfully submitted,

Anne Piero Silagy (#0020044)
220 Market Avenue South
Suite 900
Canton, Ohio 44702
Telephone:   (330) 456-0900
Facsimile:   (330) 456-1981

# DIVIDENDS REMITTED TO THE COURT

Case Number 07-63609 - HOLZSCHUH, GLADYS

| Creditor | Claim No | Amount Allowed | Amount Paid |
|---|---|---|---|
| **Capital Recovery One**<br>**25 SE 2nd Ave Ste 1120**<br>**Miami FL 33131** | **000004** | 73.75 | 3.75 |
| ----------- Remittance Total -------------- | | 73.75 | 3.75 |

Anne Piero Silagy, Esq., Trustee